UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
MARINA ISKHAKOVA, on behalf of herself and all others similarly situated,

                              Plaintiff,

Civil Action No: 1:23-cv-2217

-v.-

MICHAEL L. SINKIN DDS, PLLC,

                              Defendants.
-----------------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 29, 2024

| For Plaintiff Marina Iskhakova | For Defendant MICHAEL L. SINKIN DDS, PLLC, |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/David Stein_<br>David Stein<br>Stein & Nieporent, LLP<br>1441 Broadway Suite 6090<br>New York, NY 10018<br>Ph: (212) 308-3444<br>dstein@steinllp.com |

**SO ORDERED.** January 30, 2024

KIYO A. MATSUMOTO
United States District Judge
Eastern District of New York